| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA, §
§
    Plaintiff, §
§
versus § CIVIL ACTION H-05-1337
§ (Claim 50419)
MELISSA D. SAINT JAMES, §
§
    Defendant. §

## Order of Dismissal

On the United States' Motion, this case is dismissed without prejudice.

Signed July 15, 2005, at Houston, Texas.

_____
Lynn N. Hughes    USDJ
United States District Judge